**No. 09-9255. In re Jerome Henderson, Petitioner.**

560 U.S. 980, 130 S. Ct. 3448, 177 L. Ed. 2d 352, 2010 U.S. LEXIS 4741.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1091, 130 S. Ct. 2378, 176 L. Ed. 2d 786, 2010 U.S. LEXIS 3518.

**No. 09-9381. Kenneth Edward Barbour, Petitioner v. M. Stanford, et al.**

560 U.S. 980, 130 S. Ct. 3448, 177 L. Ed. 2d 352, 2010 U.S. LEXIS 4760.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1109, 130 S. Ct. 2410, 176 L. Ed. 2d 929, 2010 U.S. LEXIS 3703.

**No. 09-9424. Henry J. DuLaurence, III, Petitioner v. Liberty Mutual Insurance Company, et al.**

560 U.S. 980, 130 S. Ct. 3448, 177 L. Ed. 2d 352, 2010 U.S. LEXIS 4767.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1078, 130 S. Ct. 2120, 176 L. Ed. 2d 741, 2010 U.S. LEXIS 3411.

**No. 09-9439. Elmina Callender, Petitioner v. Ross Stores, Inc.**

560 U.S. 980, 130 S. Ct. 3448, 177 L. Ed. 2d 352, 2010 U.S. LEXIS 4737.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1111, 130 S. Ct. 2414, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3694.

**No. 09-9616. Teresa Aguilar, Petitioner v. Selman Breitzman, LLP, et al.**

560 U.S. 980, 130 S. Ct. 3448, 177 L. Ed. 2d 352, 2010 U.S. LEXIS 4734.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1098, 130 S. Ct. 2386, 176 L. Ed. 2d 779, 2010 U.S. LEXIS 3603.

**No. 09-9620. Salame M. Amr, Petitioner v. Virginia State University, et al.**

560 U.S. 980, 130 S. Ct. 3449, 177 L. Ed. 2d 352, 2010 U.S. LEXIS 4722.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1098, 130 S. Ct. 2386, 176 L. Ed. 2d 779, 2010 U.S. LEXIS 3483.

**No. 09-9622. Jennifer Leigh Miller, Petitioner v. Anheuser Busch, Inc.**

560 U.S. 980, 130 S. Ct. 3449, 177 L. Ed. 2d 352, 2010 U.S. LEXIS 4740.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1099, 130 S. Ct. 2387, 176 L. Ed. 2d 779, 2010 U.S. LEXIS 3511.